ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel:  (714) 516-2700 ▪ Fax:  (714) 532-4700
E-mail:  martin@andersonlaw.net

LAW OFFICE OF JEFFREY KANE
JEFFREY KANE, State Bar No. 183974
20902 Brookhurst Street, Suite 210
Huntington Beach, California 92646
Tel:  (714) 964-6900 ▪ Fax:  (714) 964-6944
E-mail:  lemnlaw@aol.com

Attorneys for Plaintiff Yadira Molina

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| YADIRA MOLINA,<br><br>                              Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>                              Defendant. | Case No. SA CV 08-00140 JVS (ANx)<br><br>HON. JAMES V. SELNA<br>Courtroom 10C<br><br>**ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  February 6, 2008<br>Trial Date:  April 7, 2009 |

The parties have stipulated that the action should be dismissed with prejudice.  Accordingly, the entire action is dismissed with prejudice.

DATED:  October 10, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700